IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN RAWLINGS,<br><br>               Plaintiff,<br><br>vs.<br><br>STEVE KUNNATH, in his official and individual capacities, CITY OF LIVINGSTON, MONTANA, and JAY PORTEEN, in his official and individual capacities,<br><br>              Defendants. | CV 19-97-BLG-TJC<br><br>**ORDER** |

      Before the Court is Plaintiff's motion for settlement conference. (Doc. 28.)

The Court notes that Plaintiff failed to adhere to Local Rule 7.1(c), which states:

      (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion. []

      (b) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required.

      Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Settlement Conference is **DENIED** with leave to renew.

      DATED this 21st day of December, 2020.

                                                    _____
                                                  TIMOTHY J. CAVAN
                                                  United States Magistrate Judge