UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN RAWLINGS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEVE KUNNATH, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, JOHN DOE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, CITY OF LIVINGSTON, MONTANA, AND JAY PORTEEN, IN HIS INDIVIDUAL CAPACITIES,<br><br>　　　　　　Defendant. | Case No. CV-19-097-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 59), Judgment is entered in favor of the defendants and against the plaintiff.

　　　Dated this 23rd day of September 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　　　Heidi Gauthier, Deputy Clerk